No. 87–1269. EU, SECRETARY OF STATE OF CALIFORNIA, ET AL. *v.* SAN FRANCISCO COUNTY DEMOCRATIC CENTRAL COMMITTEE ET AL. C. A. 9th Cir. [Probable jurisdiction noted, 485 U. S. 1004.] Motion of Libertarian National Committee for leave to file a brief as *amicus curiae* granted. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.*

No. 87–1661. ASARCO INC. ET AL. *v.* KADISH ET AL. Sup. Ct. Ariz. [Certiorari granted, *ante,* p. 887.] Motion of Clinton Campbell Contractor, Inc., for leave to file a brief as *amicus curiae* granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.*

No. 87–1882. NEITZKE ET AL. *v.* WILLIAMS. C. A. 7th Cir. [Certiorari granted, *ante,* p. 816.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied. Respondent's suggestion of mootness rejected.

No. 87–2050. COUNTY OF ALLEGHENY ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION, GREATER PITTSBURGH CHAPTER, ET AL.;
No. 88–90. CHABAD *v.* AMERICAN CIVIL LIBERTIES UNION ET AL.; and
No. 88–96. CITY OF PITTSBURGH *v.* AMERICAN CIVIL LIBERTIES UNION, GREATER PITTSBURGH CHAPTER, ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 816.] Motion of petitioners County of Allegheny et al. for divided argument denied. Motion of petitioner Chabad for divided argument granted to be divided as follows: 10 minutes to petitioner in No. 88–90 and 20 minutes to petitioners in Nos. 87–2050 and 88–96. Motion of petitioner City of Pittsburgh for divided argument denied. Motion of respondent Malik Tunador for divided argument and for additional time for oral argument denied.

_____
*See also note, *supra,* p. 987.